UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re: Theresa D. Salesman, Debtor(s).

Case No.: 18-22342-VFP
Chapter: 7
Judge: Papalia

### NOTICE OF PROPOSED ABANDONMENT

_____Barbara A. Edwards_____, _____Trustee_____ in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

Address of the Clerk:  Clerk, US Bankruptcy Court, DNJ
PO Box 1352
Newark, NJ 07101-1352

If an objection is filed, a hearing will be held before the Honorable _____Vincent F. Papalia_____ on _____10/2/18_____ at __10:00__ a.m. at the United States Bankruptcy Court, Courtroom no. __3B__. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

Description and value of property: Real property located at 140 Myrtle Avenue, Irvington, NJ. Fair Market Value: $146,120.00

Liens on property: Subject to mortgage held by Carisbrook Asset Holding Trust in the approximate amount of $405,698.77.

Amount of equity claimed as exempt: None

Objections must be served on, and requests for additional information directed to:

Name: /s/ Barbara A. Edwards, Interim Trustee
Address: Muscarella Bochet, PC, 10-04 River Rd., Fair Lawn, NJ 07410
Telephone No.: 201-796-3100

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:  
Theresa D. Salesman  
       Debtor

Case No. 18-22342-VFP  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 1      Date Rcvd: Sep 07, 2018  
                       Form ID: pdf905     Total Noticed: 7

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 09, 2018.
```
db              Theresa D. Salesman,    140 Myrtle Ave,     Irvington, NJ   07111-3359
517599488      +Carisbrook Asset Holding Trust,    430 Mountain Ave Ste 200,    New Providence, NJ 07974-2731
517599490       Wells Fargo Bank NA/Home Pro,   216 Haddon Ave Ste 201,    Westmont, NJ   08108-2818
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Sep 07 2018 22:59:58     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ   07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 07 2018 22:59:56     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ   07102-5235
517602741      +E-mail/PDF: gecsedi@recoverycorp.com Sep 07 2018 22:58:00      Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA   23541-1021
517599489       E-mail/PDF: gecsedi@recoverycorp.com Sep 07 2018 22:57:53      Synchrony Bank/Home Design,
                 PO Box 965036,    Orlando, FL   32896-5036
                                                                                              TOTAL: 4
```

            ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 09, 2018                                  Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 7, 2018 at the address(es) listed below:
```
              Barbara    Edwards     bedwardstrustee@aol.com, NJ48@ecfcbis.com
              Barbara    Edwards     on behalf of Trustee Barbara   Edwards bedwardstrustee@aol.com,
               NJ48@ecfcbis.com
              Kevin Gordon McDonald    on behalf of Creditor    Carisbrook Asset Holding Trust
               kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com
              Robert    Fonticoba    on behalf of Debtor Theresa D. Salesman fonticobalaw@gmail.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 5
```